BEFORE THE SECOND DIVISION, MARCH 2, 1960

**No. 63876.**—The Durst Manufacturing Co., Inc. *v.* United States, protest 58/9306 (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies

the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C.D. 1778), the claim of the plaintiff was sustained.